# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES KENNETH FLOYD,<br><br>　　　　　Petitioner,<br>v.<br>WARDEN BACA, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:17-cv-00400-MMD-WGC<br><br>ORDER |

On September 10, 2018, this court granted in part Respondents' motion to dismiss James Kenneth Floyd's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 13). The Court determined that Floyd had failed to exhaust several grounds in state court. The Court directed Floyd to inform the Court whether he wished to: (1) voluntarily abandon the unexhausted claims in his federal habeas petition and proceed only on the exhausted claims; (2) return to state court to exhaust his unexhausted claims, in which case his federal habeas petition would be dismissed without prejudice; or (3) file a motion asking this Court to stay and abey his exhausted federal habeas claims while he returns to state court to exhaust his unexhausted claims. The Court advised petitioner to familiarize himself with the limitations periods for filing federal habeas petitions contained in 28 U.S.C. § 2244(d).

Floyd has responded, and he indicates that he wishes the Court to dismiss this federal habeas petition without prejudice so he may return to state court to exhaust his unexhausted claims (ECF No. 14). Accordingly, his petition is dismissed without prejudice.

It is therefore ordered that the petition (ECF No. 4) is dismissed without prejudice.

It is further ordered that a certificate of appealability is denied.

It is further ordered that the Clerk shall enter judgment accordingly and close this case.

DATED THIS 15th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE